UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | |
|---|---|
| MELVIN FOLKERTS and <br> IDELLA FOLKERTS, <br>     Plaintiffs, <br> vs. <br> CITY OF WAVERLY, IOWA and <br> TROY SCHNEIDER, in his individual <br> and official capacities, <br>     Defendants. | Case No. <br><br> LR 81(a) LIST |

COME NOW Defendants and submit the following list pursuant to LR 81(a):

1. All process, pleadings and orders filed in the state case (copies attached):

   a. Original Notice;
   b. Petition and Jury Demand filed May 7, 2010;
   c. Acceptance of Service by City of Waverly filed May 18, 2010;
   d. Acceptance of Service by Troy Schneider filed May 18, 2010.

2. Matters pending in the state court that will require resolution by this court:

   a. None.

3. Counsel who have appeared in the state court:

   > Bruce J. Toenjes
   > Nelson & Toenjes
   > PO Box 230
   > Shell Rock, IA 50670
   > Telephone (319) 855-4346
   > Facsimile (319) 855-4348
   >
   > Attorneys for Plaintiffs Melvin Folkerts and Idella Folkerts

Respectfully submitted,

SWISHER & COHRT, P.L.C.

By: _____
    Beth E. Hansen    AT0003258
528 West 4th Street
P.O. Box 1200
Waterloo, IA 50704-1200
Telephone: (319) 232-6555
Facsimile: (319) 232-4835
E-mail: hansen@s-c-law.com
ATTORNEYS FOR DEFENDANTS

Original filed.

Copy to:
Attorney Bruce J. Toenjes
P O Box 230
Shell Rock, IA 50670

*CERTIFICATE OF SERVICE*

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on ___May 19, 2010___ by:

☒ Electronically via ECF for ECF registrants
☐ U.S. Mail _____
☐ Fax _____
☐ Fed Ex _____
☐ Hand Delivered _____
☐ Other: _____

    /s/ Christina Bandfield

IN THE IOWA DISTRICT COURT FOR BREMER COUNTY

| | |
|---|---|
| MELVIN FOLKERTS and<br>IDELLA FOLKERTS,<br>    Plaintiff,<br><br>vs.<br><br>CITY OF WAVERLY, IOWA, and<br>TROY SCHNEIDER in his<br>individual and official capacities,<br>    Defendants. | )<br>)<br>) NO. LACV CV00406 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) ORIGINAL NOTICE<br>)<br>) |

TO: DEFENDANT CITY OF WAVERLY, IOWA:

You are hereby notified there is now on file in the office of the Clerk of the above Court, a Petition in the above entitled action, a copy of which Petition is attached hereto. The Petitioner's attorney is Bruce J. Toenjes whose address is P O Box 230, Shell Rock, IA, 50670.

You are further notified that unless, within 20 days after a service of this Original Notice on you, you serve, and within a reasonable time thereafter file, a motion or answer, in the Iowa District Court for Bremer County, at the courthouse in Waverly, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

                        *[signature]*
                        CLERK OF THE ABOVE COURT
                        BREMER COUNTY COURTHOUSE
                        WAVERLY, IA 50677

NOTE: The attorney who is expected to represent the Petitioner should be promptly advised by Petitioner of the service of this notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your District ADA Coordinator, 641-421-0990 (if you are hearing-impaired, call ReLay Iowa TTY (800) 745-2952.)

S:\OpenOffice, Word and Excel Documents\Folkerts\ONFolkertsCity.doc

IN THE IOWA DISTRICT COURT FOR BREMER COUNTY

| | |
|---|---|
| MELVIN FOLKERTS and<br>IDELLA FOLKERTS,<br>Plaintiffs, | )<br>)<br>) NO. LACV 009067<br>) |
| vs. | )<br>) |
| CITY OF WAVERLY, IOWA, and<br>TROY SCHNEIDER in his<br>individual and official capacities,<br>Defendants. | )<br>) PETITION<br>) AND<br>) JURY DEMAND<br>) |

## PETITION

For causes of action against Defendants City of Waverly, Iowa, and Troy Schneider, plaintiffs Melvin Folkerts and Idella Folkerts state:

## PARTIES

1. Plaintiffs Melvin Folkerts and Idella Folkerts are the Guardians and Conservators of their son Travis Michael Folkerts (hereinafter "Travis Folkerts"), who is, and at all times material hereto, was, a resident of the City of Waverly, Bremer County, Iowa, and make this claim in those capacities.

2. Defendant City of Waverly, Iowa, is an Iowa Municipality.

3. Defendant Troy Schneider is and at all material times was an employee of Defendant City of Waverly, and at all material times was employed as a police officer with the title and capacity of "Investigator" by the Defendant City of Waverly.

## FACTUAL ALLEGATIONS

4. Travis Folkerts is thirty-three (33) years old, and is obviously mentally

-1-

disabled.

5. On May 12, 2008, Troy Schneider interrogated Travis Folkerts, including at the Waverly Police Station, without his Guardians or Conservators present and without other protections of the rights of Travis Folkerts.

6. In the course of the interrogation, Troy Schneider purportedly obtained an oral statement from Travis Folkerts purporting to support a criminal charge. Travis Folkerts was then charged and prosecuted for crime of lascivious conduct with a minor in violation of Iowa Code Section 709.14, in Bremer County Case Number SRCR005613.

7. The criminal charge against Travis Folkerts was ultimately dismissed on July 10, 2009, by the Iowa District Court following two mental evaluations of Travis Folkerts, one obtained by his criminal defense attorney and one obtained by the State, both of which showed Travis to be mentally disabled, incapable of understanding his Miranda rights, and not competent to waive his Miranda rights.

8. Defendant Troy Schneider knew and should have known that Travis Folkerts was mentally disabled, a ward under the care of another, and incapable of understanding or waiving Miranda or his Constitutional rights including against self-incrimination and to an attorney, on May 12, 2008.

9. Defendant Troy Schneider made an inadequate investigation of the complaint against Travis Folkerts and of the status of Travis Folkerts and his ability to understand or waive his Miranda rights and his Constitutional rights including against self-incrimination and to an attorney.

10. Travis Folkerts has been damaged as a result of the conduct of the Defendants.

11. Travis Folkerts' damages include and will continue to include actual expenses, mental and emotional harm, severe or extreme emotional distress, anguish, humiliation, embarrassment, and the cost of attorneys fees.

## COUNT I
## PLAINTIFFS' 1983 CLAIM AGAINST DEFENDANTS CITY OF WAVERLY AND TROY SCHNEIDER
## (1983 CONSTITUTIONAL CLAIMS)

12. Paragraphs 1 through 11 are incorporated into this Count as though fully stated herein.

13. The Defendants City of Waverly and Troy Schneider deprived Travis Folkerts of rights protected by the United States Constitution, in that

   a. the interrogation violated his rights under Fifth and Sixth Amendment rights; and

   b. the interrogation, charging and prosecution violated his Due Process rights.

14. The Defendant Troy Schneider acted under color of state law.

15. The actions of the Defendants were pursuant to policy, practice, custom, and procedure of the City of Waverly.

16. The actions of Defendant Troy Schneider were done with reckless indifference to the rights of Travis Folkerts and accordingly Plaintiffs are entitled to punitive damages.

17. The deprivation by Defendants City of Waverly and Troy Schneider (in his individual and official capacities) of Travis Folkerts' rights to which he is entitled under the United States Constitution is in violation of 42 U.S.C. § 1983.

## COUNT II
## PLAINTIFFS' 1983 CLAIM AGAINST DEFENDANTS CITY OF WAVERLY AND TROY SCHNEIDER
## (1983, ADA AND REHABILITATION ACT CLAIMS)

18. Paragraphs 1 through 11 are incorporated into this Count as though fully stated herein.

19. The Defendants City of Waverly and Troy Schneider deprived Travis Folkerts of rights protected by Title V, section 504 of the Rehabilitation Act, 29 U.S.C. § 794 ("section 504"), and Title II, section 202 of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132 ("section 202"). Section 504 prohibits disability-based discrimination in any public program receiving federal funds. Section 202 more generally prohibits disability-based discrimination in any public program or service regardless of the receipt of federal funds. Violations of these rights are actionable under these Acts and under 42 U.S.C. § 1983. The violations include

a. the interrogation, charging and prosecution violated Travis Folkerts' rights under these Acts in that no accommodation was made for his disability;

b. the interrogation, charging and prosecution violated Travis Folkerts' rights under these Acts in that he was investigated, interrogated, interrogated in the manner in which he was interrogated, charged, and prosecuted due to his status or disability; and

c. Officers in the City of Waverly Police Department were not trained in how to deal with persons with mental disabilities in investigation, interrogation, charging or prosecution.

20. The Defendant Troy Schneider acted under color of state law.

21. The actions of the Defendants were pursuant to policy, practice, custom, and

procedure of the City of Waverly.

22. The actions of Defendant Troy Schneider were done with reckless indifference to the rights of Travis Folkerts and accordingly Plaintiffs are entitled to punitive damages.

23. The deprivation by Defendants City of Waverly and Troy Schneider (in his individual and official capacities) of Travis Folkerts' rights to which he is entitled under the ADA, the Rehabilitation Act, and the United States Constitution is in violation of 42 U.S.C. § 1983.

WHEREFORE, Plaintiffs respectfully prays for judgment against all defendants as follows:

1. For general damages according to proof against all defendants;

2. For special damages according to proof against all defendants;

3. For exemplary and punitive damages against Defendant Troy Schneider;

4. For interest and costs of this action;

5. For attorney fees, expert fees, and costs under federal law, including but not limited to 42 U.S.C. Section 1988; and

6. For such other and further relief as the Court deems proper.

## JURY DEMAND

Plaintiffs request trial by jury on all issues.

                                 *[signature]*
                                 BRUCE J. TOENJES   AT0007936
                                 OF
                                 NELSON & TOENJES
                                 P.O. Box 230
                                 Shell Rock, IA 50670
                                 (319) 885-4346
                                 (319) 885-4348(fax)

                                 ATTORNEYS FOR PLAINTIFFS
                                 MELVIN FOLKERTS AND
                                 IDELLA FOLKERTS

`S:\OpenOffice, Word and Excel Documents\Folkerts\PetitionFolkerts1983.doc`

IN THE IOWA DISTRICT COURT FOR BREMER COUNTY

| | |
|---|---|
| MELVIN FOLKERTS and <br> IDELLA FOLKERTS, <br> Plaintiff, <br><br> vs. <br><br> CITY OF WAVERLY, IOWA, and <br> TROY SCHNEIDER in his <br> individual and official capacities, <br> Defendants. | ) <br> ) <br> ) NO. CVCV004067 <br> ) <br> ) <br> ) <br> ) <br> ) ACCEPTANCE OF <br> ) SERVICE <br> ) <br> ) |

STATE OF IOWA, COUNTY OF _Iowa_, SS:

The undersigned does hereby accept service of the Original Notice with a copy of the Petition attached thereto in the above-entitled cause and waives formal service of the Original Notice as provided for by the Iowa Rules of Civil Procedure.

_____
Troy Schneider

Subscribed and sworn to before me this _18th_ day of May, 2010.

_____
Notary Public - State of Iowa

JAMIE SCHMITZ
COMMISSION NO. 737819
MY COMMISSION EXPIRES
11/29/11

S:\OpenOffice, Word and Excel Documents\Folkerts\Folkerts1983SchneiderAcceptance of Service.doc

IN THE IOWA DISTRICT COURT FOR BREMER COUNTY

MELVIN FOLKERTS and )
IDELLA FOLKERTS, )
    Plaintiff, ) NO. CVCV004067
   vs. )
 )
CITY OF WAVERLY, IOWA, and )
TROY SCHNEIDER in his ) ACCEPTANCE OF
individual and official capacities, ) SERVICE
    Defendants. )

STATE OF IOWA, COUNTY OF __Iowa__, SS:

The undersigned does hereby accept service of the Original Notice with a copy of the Petition attached thereto in the above-entitled cause on behalf of the City of Waverly, Iowa, and waives formal service of the Original Notice as provided for by the Iowa Rules of Civil Procedure.

CITY OF WAVERLY, IOWA

By: _[signature]_
Its _City Administrator_

Subscribed and sworn to before me this _18th_ day of May, 2010.

_[signature]_
Notary Public - State of Iowa

JAMIE SCHMITZ
COMMISSION NO. [illegible]
MY COMMISSION EXPIRES
[illegible]

S:\OpenOffice, Word and Excel Documents\Folkerts\Folkerts1983City\Acceptance of Service.doc

Page - 1

Case 6:10-cv-02041-EJM   Document 1-2   Filed 05/19/10   Page 11 of 11