IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

MELVIN FOLKERTS and IDELLA FOLKERTS,

    Plaintiffs,

vs.

CITY OF WAVERLY, IOWA, et al.,

    Defendants.

No. C 10-2041

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

on this 16th day of December, 2011.

Dated: December 16, 2011

ROBERT L. PHELPS
Clerk

_____
(By) Clerk