UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

—————————————————————

| | |
|---|---|
| MELVIN FOLKERTS and<br>IDELLA FOLKERTS,<br>      Plaintiffs,<br><br>      vs.<br><br>CITY OF WAVERLY, IOWA, and<br>TROY SCHNEIDER in his<br>individual and official capacities,<br>      Defendants. | ) <br>) CASE NO. 6:10-cv-02041-EJM<br>)<br>)<br>)<br>)<br>) NOTICE OF<br>) APPEAL<br>)<br>)<br>) |

—————————————————————

Notice is hereby given that Melvin Folkerts and Idella Folkerts, plaintiffs in the

above case, hereby appeal to the United States Court of Appeals for the Eighth Circuit

from the final judgment and Order granting defendants' Motion for Summary Judgment

entered in this action on December 16, 2011.

/s/ Bruce J. Toenjes
BRUCE J. TOENJES   AT0007936
Nelson & Toenjes
PO Box 230
Shell Rock, IA  50670
Telephone: (319) 885-4346
Fax: (319) 885-4348
E–mail: toenjes@butler-bremer.com
Attorney for Plaintiffs

-1-

CERTIFICATE OF SERVICE:

The undersigned certifies that the foregoing Resistance was served upon all counsel of record and pro se parties by electronic service by filing this document with the Clerk of Court using the ECF system on the 11th day of January, 2012, which will send notification to the following.


Beth E. Hansen
PO Box 1200
Waterloo, IA  50704-1200

/s/  Bruce J. Toenjes

S:\OpenOffice, Word and Excel Documents\Folkerts\Folkerts1983Notice of Appeal.doc