# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-1083
_____

Melvin Folkerts; Idella Folkerts

Plaintiffs - Appellants

v.

City of Waverly; Troy Schneider, in his individual and official capacities

Defendants - Appellees

------

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
 (6:10-cv-02041-EJM)

------

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 25, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans