# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-1083

Melvin Folkerts and Idella Folkerts

Appellants

v.

City of Waverly and Troy Schneider, in his individual and official capacities

Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
(6:10-cv-02041-EJM)

_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

April 10, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans