# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-1083

Melvin Folkerts and Idella Folkerts

Appellants

v.

City of Waverly and Troy Schneider, in his individual and official capacities

Appellees

------------------------------------------------------------

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
(6:10-cv-02041-EJM)

------------------------------------------------------------

## MANDATE

In accordance with the opinion and judgment of 02/25/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 17, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit